Mch 5/10/2021 JTM: USAO2021R00252

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CRIMINAL NO. ELH 21cr161 |
| v. | (Sexual Exploitation of a Minor, 18 U.S.C. §§ 2251(a) and (e); Coercion and Enticement, 18 U.S.C. §§ 2422(b) and 2427; Receipt of Child Pornography 18 U.S.C. § 2252A(a)(2); and Forfeiture, 18 U.S.C. §§ 2253, and 2428, 21 U.S.C. § 853(p)) |
| **MATTHEW K. WALSH,** | |
| **Defendant.** | |

### INDICTMENT

### Counts One and Two
### (Sexual Exploitation of a Minor)

The Grand Jury for the District of Maryland charges that:

At all times material to this Indictment:

### General Allegations

1. **MATTHEW K. WALSH** ("**WALSH**") was born in 1997, and resided in Baltimore, Maryland.

2. Victim #1 was a 14 and 15-year-old male, and was a resident of Baltimore, Maryland.

3. Victim #2 was a 15-year-old male, and was a resident of Howard County, Maryland.

4. Beginning no later than November of 2019, **WALSH** used text messaging, Instagram (an internet-based social media company), as well as Snapchat (a messaging application for mobile devices) to communicate with other social media and mobile device users via the internet. **WALSH** often posed as a minor female and used the aliases "Linamarie" or "Mariel" on Instagram and "lslow6_5" on Snapchat and to meet and communicate online with minor males.

1

5. **WALSH** used the "Linamarie," "Mariel" and "lslow6_5" accounts to persuade, induce, entice and coerce minor males, including Victim #1 and Victim #2, to engage in sexually explicit conduct. During these internet-based communications, **WALSH** caused, and attempted to cause, these minor males to produce images of themselves that depicted the lascivious display of their genitals.

## The Charges

6. On or about the dates listed below, each instance being a separate count, in the District of Maryland and elsewhere, the defendant,

### MATTHEW K. WALSH,

did employ, use, persuade, induce, entice, and coerce the victims listed below, each of whom was then less than 18 years old, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and such visual depictions have actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate or foreign commerce, and attempted to do so, as follows:

| Count | Date | Details |
|---|---|---|
| 1 | On or about November 4, 2019 through on or about December 23, 2020 | **WALSH**, using Instagram and Snapchat, caused the production of a series of visual depictions, which included three video depictions of Victim #1 masturbating and one video depiction of Victim #1 digitally penetrating his anus (video files described, in part, as "Vont") |
| 2 | On or about March 8, 2020 through on or about March 12, 2020 | **WALSH**, using Instagram, Snapchat, and text messaging, caused the production of a series of visual depictions which included the depiction of Victim #2 masturbating (video file described, in part, as "IMG_9937.mov") |

18 U.S.C. §§ 2251(a) and (e)

## Counts Three and Four
### (Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in paragraphs one through five of the General Allegations in Counts One and Two are incorporated by reference herein.

2. On or about the dates listed below, each being a separate count, in the District of Maryland and elsewhere, the defendant,

### MATTHEW K. WALSH,

did knowingly use, and attempt to use, a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice and coerce minors to engage in sexual activity for which any person could be charged with a criminal offense, to wit: on the dates listed below, **WALSH** used his "Linamarie," "Mariel" and "lslow6_5" internet-based accounts to persuade, induce, entice and coerce the minor victims indicated below, to engage in sexually explicit conduct on camera and to send **WALSH** the resulting images and videos via the internet, and attempted to do so, in violation of 18 U.S.C. §§ 2251(a) and 2252A(a)(2), and Md. Code, Crim. Law § 11-207(a)(1), as follows:

| Count | Date | Victim |
|---|---|---|
| 3 | November 3, 2019 to December 23, 2020 | Victim #1 |
| 4 | March 8, 2020 to March 12, 2020 | Victim #2 |

18 U.S.C. §§ 2422(b) and 2427

3

## Counts Five and Six
### (Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in paragraphs one through five of the General Allegations of Counts One and Two are incorporated by reference herein.

2. On or about the dates listed below, each being a separate count, in the District of Maryland and elsewhere, the defendant,

**MATTHEW K. WALSH,**

did knowingly receive, and attempt to receive, any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, and so shipped and transported, by any means including by computer, the production of which visual depiction involved the use of a minor engaged in sexually explicit conduct and which visual depiction was of such conduct: to wit, **WALSH** used his "Linamarie," "Mariel" and "lslow6_5" internet-based accounts to receive visual depictions of the minor victims listed below, engaged in sexually explicit conduct:

| Count | Date | Victim | Description |
|---|---|---|---|
| 5 | November 4, 2019 to December 23, 2020 | Victim #1 | 43 images and 27 videos which included the depictions of the lascivious display of Victim #1's genitals, or Victim #1 masturbating or digitally penetrating his anus. |
| 6 | March 8, 2020 to March 12, 2020 | Victim #2 | 19 images and 1 video which included the depictions of the lascivious display of Victim #2's genitals or Victim #2 masturbating. |

18 U.S.C. §§ 2252A(a)(2) and (b)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 1467, 2253, and 2428, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions on any of the offense charged in Counts One – Six of this Indictment.

### Sexual Exploitation of Children and Receipt of Child Pornography Forfeiture

2. Upon conviction of any of the offenses set forth in Counts One through Two and Five through Six of this Indictment, the defendant,

**MATTHEW K. WALSH,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

   a. any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110;

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Coercion and Enticement Forfeiture

3. Upon conviction of the offense set forth in Counts Three and Four of this Indictment, the defendant,

**MATTHEW K. WALSH,**

...


shall forfeit to the United States, pursuant to 18 U.S.C. § 2428(a):

    a.    any interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

    b.    any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

## Property Subject to Forfeiture

4.    The property to be forfeited includes, but is not limited to, the following:

    a. iPhone XR, S/N: DNPXN634KXKV;
    b. Macbook Pro Laptop, S/N: C02PRA1FFVH5; and
    c. Apple Smart Watch, Model: A2U93, S/N: FH7ZC4ZUMLTN.

## Substitute Assets

5.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be subdivided without difficulty;

[SPACE INTENTIONALLY LEFT BLANK]

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. §§ 2253, 2428
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Jonathan F. Lenzner*
Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
FOREPERSON

5-12-21
Date