IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. ELH 21cr161 |
| | * | |
| v. | * | (Sexual Exploitation of a Minor, 18 U.S.C. §§ 2251(a) and (e); Coercion and Enticement, 18 U.S.C. §§ 2422(b) and 2427; Receipt of Child Pornography 18 U.S.C. § 2252A(a)(2); and Forfeiture, 18 U.S.C. §§ 2253, and 2428, 21 U.S.C. § 853(p)) |
| MATTHEW K. WALSH, Defendant | * | |

*******

## MOTION TO SEAL INDICTMENT AND ARREST WARRANT

Now comes the United States of America, by its attorneys, Jonathan F. Lenzner, Acting United States Attorney for the District of Maryland, and Judson Mihok, Assistant United States Attorney for said District, and respectfully moves this Court to order that this Indictment, Arrest Warrant, and related documents be **SEALED** as the defendant is unaware of the investigation.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: *Judson T. Mihok*
Judson T. Mihok
Assistant United States Attorney

ORDERED as prayed this 12th day of May, 2021.

Beth P. Gesner
Chief United States Magistrate Judge