# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CRIMINAL NO. ELH 21-0161 |
| **MATTHEW K. WALSH,** | : |
| **Defendant.** | : |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Jonathan F. Lenzner, Acting United States Attorney for the District of Maryland, and Judson T. Mihok, Assistant United States Attorney for said District, moves this Honorable Court for an Order unsealing the indictment for the above-captioned case as the arrest warrant has been executed, so there is no longer a concern that the Defendant named herein will flee to avoid prosecution.

Respectfully Submitted,

Jonathan F. Lenzner
Acting United States Attorney

_____
Judson T. Mihok
Assistant United States Attorney

ORDERED, this 14th day of May, 2021 that the indictment be UNSEALED.

_____
Deborah L. Boardman
United States Magistrate Judge