**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **CRIMINAL CASE** |
| ) | **NO. 1:21-CR-00161-ELH** |
| **MATTHEW K. WALSH,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF ATTORNEY APPEARANCE - DEFENDANT

TO THE HONORABLE COURT:

Please enter the appearance of James E. Crawford, Jr., Esquire, and the Law Office of James E. Crawford, Jr. & Associates, LLC, on behalf of the Defendant, MATTHEW K. WALSH, with reference to the above-captioned case.

Respectfully submitted,

/s/
JAMES E. CRAWFORD, JR., ESQUIRE
JAMES E. CRAWFORD, JR. &
ASSOCIATES, LLC
999 Corporate Boulevard
Suite 100
Linthicum, Maryland  21090
Telephone:  (443) 709-9999
Facsimile:  (443) 919-4207
Email:  james@jamescrawfordlaw.com
MD CPFNumber: 9306230068
Bar No. 22436
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of May, 2021, a copy of the foregoing **Notice of Attorney Appearance** was emailed to the Acting United States Attorney, Jonathan F. Lenzer, and/or U.S. Attorney Judson T. Mihok, U.S. Attorney's Office for the District of Maryland, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21021, via electronic filing.

                                                                  */s/*
                                         JAMES E. CRAWFORD, JR., ESQUIRE
                                         Attorney for Defendant