IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.   Case No.   ELH-21-161

MATTHEW K. WALSH

\*\*\*\*\*\*

### ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for ___Thursday, May 20, 2021___ *(date)* at ___11:30 a.m.___ *(time)* before ___Honorable Thomas M. DiGirolamo___, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom 7B___.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (___Hearing to be held at CDF___) (Other Custodial Official) and produced for the hearing.

May 14, 2021
Date

Deborah L. Boardman
United States Magistrate Judge



U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention