AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

**SEALED**

United States of America
v.

MATTHEW K. WALSH

*Defendant*

Case No. ELH 21cr161

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MATTHEW K. WALSH,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2251(a) and (e) Sexual Exploitation of a Minor
18 U.S.C. § 2422(b) Coercion and Enticement
18 U.S.C. § 2252A(a)(2) Receipt of Child Pornography

Date: 5-12-21

*Issuing officer's signature*

City and state: Baltimore, Maryland

Beth P. Gesner, Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/13/21, and the person was arrested on *(date)* 5/14/21
at *(city and state)* Baltimore, MD.

Date: 5/14/21

*Arresting officer's signature*

Rachel S Corn FBI SA
*Printed name and title*