# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **CRIMINAL CASE** |
| ) | **NO. 1:21-CR-00161-ELH** |
| MATTHEW K. WALSH, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ATTORNEY APPEARANCE - DEFENDANT

TO THE HONORABLE COURT:

Please enter the appearance of Mark E. Sobel, Esquire, and the Law Office of James E. Crawford, Jr. & Associates, LLC, on behalf of the Defendant, MATTHEW K. WALSH, with reference to the above-captioned case.

Respectfully submitted,

_____/s/_____
MARK E. SOBEL, ESQUIRE
JAMES E. CRAWFORD, JR. &
ASSOCIATES, LLC
999 Corporate Boulevard
Suite 100
Linthicum, Maryland 21090
Telephone: (443) 709-9999
Facsimile: (443) 919-4207
Email: mark@jamescrawfordlaw.com
MD AIS/CPF Number: 1506040006
Bar No. 19497
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on this 17th day of September, 2021, a copy of the foregoing **Notice of Attorney Appearance** was emailed to U.S. Attorney, Judson T. Mihok, U.S. Attorney's Office for the District of Maryland, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21021, via electronic filing.

                                                  /s/
                                    MARK E. SOBEL, ESQUIRE