**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---:|
| Chambers of | 101 West Lombard Street |
| **Ellen Lipton Hollander** | Baltimore, Maryland 21201 |
| District Court Judge | 410-962-0742 |

April 6, 2022

LETTER TO COUNSEL

      Re:    *United States of America v. Matthew K. Walsh*
               Criminal No.:  ELH-21-0161

Dear Counsel:

Pursuant to our discussion during the telephone conference held on April 5, 2022, I write to confirm the following schedule.

1. Another telephone conference will be held on **May 9, 2022, at 5:00 p.m.** Government counsel shall initiate the call to defense counsel and then to Chambers.

2. Defense motions are due by the close of business on **June 3, 2022.** The government's opposition is due by the close of business on **June 24, 2022.** The reply, if any, is due by the close of business on **July 8, 2022.**

3. The Court will hold a motion hearing on **July 22, 2022, at 10:00 a.m.**

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                              Very truly yours,

                                                               /s/
                                                      Ellen L. Hollander
                                                      United States District Judge