IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO: ELH-21-161 |
| MATTHEW K. WALSH | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO SEAL

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Paul E. Budlow, Assistant United States Attorney for said District, for the following reason, documents contain confidential information, moves this Honorable Court to order and direct the Sentencing Memo Exhibits, be **SEALED**.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/_____
Paul E. Budlow
Assistant United States Attorney
36 South Charles Street, Suite 400
Baltimore, Maryland 21201