

Mark E. Sobel, Esquire
mark@jamescrawfordlaw.com

October 27, 2022

The Honorable Ellen L. Hollander
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

    RE:    **United States v. Matthew K. Walsh**
                **Case No.: 1:21-CR-00161-ELH**

Dear Judge Hollander:

    We represent the defendant Matthew K. Walsh in the above-referenced matter. This case is scheduled for sentencing on Friday, November 4, 2022. With your Honor's permission, Mr. Walsh would like the following people to be permitted to speak for approximately 3-5 minutes each at the sentencing hearing:

- Jill Walsh, defendant's mother;
- Brian Walsh, defendant's father;
- Mia Capella, defendant's family friend;
- Susanne Walsh, defendant's aunt.

    We thank the Honorable Court for its time and attention to this matter. Thank you. I remain,

    Very truly yours,

    */s/ Mark E. Sobel*

    MARK E. SOBEL, ESQUIRE

cc: United States Attorney's Office (Via ECF)