**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CASE NO: ELH-21-161** |
| **MATTHEW K. WALSH** | |

## JOINT MOTION TO INCLUDE RESTITUTION IN THE JUDGMENT

The United States of America, and the defendant by and through his attorney of record,

Mark E. Sobel, hereby requests that a stipulated order for restitution be included in the judgment

for this matter at sentencing:

1. Matthew K. Walsh ("the defendant") entered a plea of guilty pursuant to a plea

agreement on July 22, 2022, to Production of Child Pornography. The plea agreement was signed

by the defendant on July 13, 2022 and by counsel on July 19, 2022. The plea agreement included

a provision for restitution, but did not specify an amount. The plea agreement provides:

> 3c. Restitution: The Court may order the Defendant to
> pay restitution pursuant to 18 U.S.C. §§ 3663, 3663A, 3664, as well
> as 18 U.S.C. § 2259(b)(2)(b) (mandatory restitution for victims of
> child sex abuse and child exploitation).
>
> ***
> Restitution
>
> 13. The Defendant agrees to the entry of a restitution
> order for the full amount of the Victims' losses. The Defendant
> agrees that, pursuant to 18 U.S.C. §§ 3663 and 3663A and
> 3563(b)(2) and 3583(d), the Court may order restitution of the full
> amount of the actual, total loss caused by the offense conduct set
> forth in the factual stipulation.
>
> 14. The total amount of restitution shall be due
> immediately and shall be ordered to be paid forthwith. Any payment
> schedule imposed by the Court establishes only a minimum
> obligation. Defendant will make a good faith effort to pay any

restitution. Regardless of Defendant's compliance, any payment schedule does not limit the United States' ability to collect additional amounts from Defendant through all available collection remedies at any time. The Defendant further agrees that the Defendant will fully disclose to this Office, the probation officer, and to the Court, subject to the penalty of perjury, all information (including but not limited to copies of all relevant bank and financial records) regarding the current location and prior disposition of all funds obtained as a result of the criminal conduct set forth in the factual stipulation. The Defendant further agrees to take all reasonable steps to retrieve or repatriate any such funds and to make them available for restitution. If the Defendant does not fulfill this provision, it will be considered a material breach of this Agreement, and this Office may seek to be relieved of its obligations under this Agreement.

<u>Restitution in Cases Involving the Sexual Exploitation of Children</u>

15.    Pursuant to 18 U.S.C. § 3663(a)(3), 18 U.S.C. § 3663A(a) & (b), 18 U.S.C. § 3664, and 18 U.S.C. § 2259, the defendant agrees to make full restitution to all minor victims of his offenses as to all counts charged, whether or not the defendant enters a plea of guilty to such counts and whether or not such counts are dismissed pursuant to this agreement. Further, the defendant agrees to pay restitution to any of his minor victims, for the entire scope of his criminal conduct, including but not limited to all matters included as relevant conduct. The defendant acknowledges and agrees that this criminal conduct (or relevant conduct) includes any minor victim of any child pornography offenses, charged or uncharged, under Chapter 110, United States Code, and any minor victim of any violation of federal and/or state law committed by the defendant, including any contact sexual offense. Further, pursuant to 18 U.S.C. § 3664(d)(5), the defendant agrees not to oppose bifurcation of the sentencing hearing if the victims' losses are not ascertainable prior to sentencing. If the Defendant does not fulfill this provision, it will be considered a material breach of this Agreement, and this Office may seek to be relieved of its obligations under this Agreement.

2.    Representatives of victims identified as Victim 14, Victim 15, Victim 25, Victim 28, and Victim 36 submitted documentation to support restitution requests. The defendant has reviewed the documents submitted by the victims listed above and agrees to pay restitution in the amounts listed below:

     a.   Victim 14 - $9,600

     b.   Victim 15 - $210

     c.   Victim 25 - $7,050

     d.   Victim 28 - $500

     e.   Victim 36 - $6,000

as he knowingly exploited the victims as described in the stipulated facts in the plea agreement.

3.     The defendant acknowledges that his actions directly and proximately contributed to the harm the victims have suffered and that the victims require psychological treatment as a result of the defendant's actions. The defendant, by and through his attorney, and the United States have consulted with the victims' representatives and he is in agreement with this stipulated amount of restitution.

WHEREFORE, the parties requests that the Court include this restitution amount in the Judgment.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Paul E. Budlow
Assistant United States Attorney

/s/

_____
Mark E. Sobel, Esq.
Attorney for Matthew W. Walsh