IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. ELH-21-161 |
| | * | |
| MATTHEW K. WALSH, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America hereby moves for a final order of forfeiture with respect to the property included in the preliminary order of forfeiture in this case, and in support states the following:

1. On July 22, 2022, the defendant Matthew K. Walsh (the "Defendant") pled guilty to sexual exploitation of a minor, in violation of 18 U.S.C. § 2251. ECF No. 50.

2. On November 1, 2022, the Court entered a Preliminary Order of Forfeiture, ECF No. 65, forfeiting all of the Defendant's right, title, and interest in the following property to the United States:

   (a) iPhone XR, S/N: DNPXN634KXKV (Asset ID: 21-FBI-006554);

   (b) Macbook Pro Laptop, S/N: C02PRA1FFVH5 (Asset ID: 21-FBI-006554); and

   (c) Apple Smart Watch, Model: A2U93, S/N: FH7ZC4ZUMLTN (Asset ID: 21-FBI-006554)

(collectively, the "Subject Property").

3. Pursuant to 21 U.S.C § 853(n)(1), the United States published notice of the forfeitures on the official government website, www.forfeiture.gov, from August 15, 2023, through September 13, 2023. The United States did not send direct notice to any parties, as there

were no known potential claimants to the Subject Property identified based on a review of the relevant investigative materials. *See* Declaration of Publication, Exhibit 1.

4. No claims were filed with respect to the Subject Property and the deadline for doing so expired on October 14, 2023—30 days from the last date of publication. *See* 21 U.S.C. § 853(n)(2).

5. As the Defendant's rights in the Subject Property have been forfeited to the United States and no timely third-party claims to the Subject Property have been received, the United States requests that the Court enter a Final Order of Forfeiture forfeiting the Subject Property.

**WHEREFORE**, the United States respectfully requests that the Court enter a Final Order of Forfeiture of the Subject Property and declares that pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure all third-party claims to the Subject Property have been resolved, and its Final Order of Forfeiture is now final with respect to the Subject Property. A proposed order is attached for the convenience of the Court.

Respectfully submitted,

Erek L. Barron
United States Attorney

/s/
Paul E. Budlow
Assistant United States Attorney